EOD JAN 28 2003

## United States Bankruptcy Court
### Northern District of Illinois

In re   Benjamin W. Webb                                   Case No. 04-3086
_____
                Debtor                                     Chapter          13

# APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __194.00__ in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __20.00__   Check one: ■ With the filing of the petition, or
                            ☐ On or before _____

   $ __60.00__   on or before   __2/11/04__

   $ __60.00__   on or before   __2/25/04__

   $ __54.00__   on or before   __3/11/04__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____ January 27, 2004     _____ January 27, 2004
Signature of Attorney              Date         Signature of Debtor Benjamin W. Webb      Date
                                                (In a joint case, both spouses must sign.)
ROBERT E. SKIPPER 6211461
_____
Name of Attorney

                                                _____
                                                Signature of Joint Debtor (if any)        Date

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JAN 2 8 2004
KENNETH S. GARDNER, CLERK
PS REP. - DR

JAN 2 8 2004

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court

3

# United States Bankruptcy Court
### Northern District of Illinois

In re    Benjamin W. Webb                                    Case No. _____

                          Debtor

                                                             Chapter            **13**

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

                              BY THE COURT

Date_____            _____
                                     *UNITED STATES BANKRUPTCY JUDGE*