IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Webb, Benjamin W | Case Number: 04 B 03086 |
| | Judge: Hollis, Pamela S |
| Printed: 12/19/07 | Filed: 1/28/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: November 21, 2007
Confirmed: April 26, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 15,590.87 |  |
| Secured: |  | 4,239.54 |
| Unsecured: |  | 6,479.47 |
| Priority: |  | 2,749.54 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 731.45 |
| Other Funds: |  | 1,390.87 |
| Totals: | 15,590.87 | 15,590.87 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | CitiFinancial Auto Credit Inc | Secured | 4,239.54 | 4,239.54 |
| 2. | Internal Revenue Service | Priority | 2,626.49 | 2,626.49 |
| 3. | Illinois Dept of Revenue | Priority | 123.05 | 123.05 |
| 4. | CitiFinancial Auto Credit Inc | Unsecured | 7.74 | 23.12 |
| 5. | Credit Acceptance Corp | Unsecured | 73.85 | 220.59 |
| 6. | Illinois Dept of Revenue | Unsecured | 1.98 | 5.92 |
| 7. | United States Dept Of Education | Unsecured | 1,304.69 | 3,897.94 |
| 8. | Internal Revenue Service | Unsecured | 780.51 | 2,331.90 |
| 9. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 10. | Allied Interstate | Unsecured |  | No Claim Filed |
| 11. | Century 21 | Unsecured |  | No Claim Filed |
| 12. | Borgess Hospital | Unsecured |  | No Claim Filed |
| 13. | AT&T | Unsecured |  | No Claim Filed |
| 14. | Collections | Unsecured |  | No Claim Filed |
| 15. | Direct Tv | Unsecured |  | No Claim Filed |
| 16. | Chubb Insurance | Unsecured |  | No Claim Filed |
| 17. | Ameritech | Unsecured |  | No Claim Filed |
| 18. | Providian | Unsecured |  | No Claim Filed |
| 19. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 20. | Little Company Of Mary Hospital | Unsecured |  | No Claim Filed |
| 21. | Integon | Unsecured |  | No Claim Filed |
| 22. | BYL Agency | Unsecured |  | No Claim Filed |
| 23. | Internal Revenue Service | Unsecured |  | No Claim Filed |
| 24. | Radiology Imaging Specialists | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Webb, Benjamin W | Case Number: 04 B 03086 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 12/19/07 | Filed: 1/28/04 |

                                                  $ 9,157.85    $ 13,468.55

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 50.96 |
| 4% | 50.60 |
| 6.5% | 184.31 |
| 3% | 29.05 |
| 5.5% | 180.49 |
| 5% | 48.38 |
| 4.8% | 102.54 |
| 5.4% | 85.12 |
| | $ 731.45 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____